# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS T. WILLIAMSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>P. D. BRAZELTON, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:12-cv–00406-BAM PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AS UNNECESSARY<br><br>(ECF No. 8) |

　　　Plaintiff Francis T. Williamson is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The complaint in this action was filed on March 19, 2012, and Plaintiff filed a motion for leave to amend on April 10, 2012.  (ECF Nos. 1, 8.)

　　　Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served.  Otherwise, a party may amend only by leave of the court or by written consent of the adverse party, and leave shall be freely given when justice so requires.  Fed. R. Civ. P. 15(a).  In this case, a responsive pleading has not been served and Plaintiff has not previously amended his complaint.  Therefore, Plaintiff may file an amended complaint without leave of the Court.

///

///

///

///

1  Accordingly, Plaintiff's motion for leave to file an amended complaint is HEREBY DENIED as unnecessary.

IT IS SO ORDERED.

**Dated:   April 11, 2012**           /s/ **Barbara A. McAuliffe**
                              UNITED STATES MAGISTRATE JUDGE