# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS T. WILLIAMSON,<br><br>    Plaintiff,<br><br>    v.<br><br>P. D. BRAZELTON, et al.,<br><br>    Defendants.<br>_____ / | CASE NO. 1:12-cv–00406-BAM PC<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL (ECF No. 12)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL |

    Plaintiff Francis T. Williamson is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action was filed on March 19, 2012. (ECF No. 1.) On April 10, 2012, Plaintiff consented to the jurisdiction of a Magistrate Judge. (ECF No. 7.) On September 14, 2012, Plaintiff filed a motion for voluntary dismissal of this action. (ECF No. 12.)

    "[U]nder Rule 41(a)(1)(I), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (*quoting* Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Id. at 1078. No defendant has filed an answer or other responsive pleading.

///

///

1  Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case
2  and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

4  IT IS SO ORDERED.

5  **Dated:**    **September 17, 2012**           /s/ **Barbara A. McAuliffe**
                                                                             UNITED STATES MAGISTRATE JUDGE